USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA,                       :

        -against-                                            :                 18-CR-187 (VEC)

MARILYN VARGAS,                                       :                    ORDER

                          Defendant.        :

---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 24, 2020, the Court of Appeals for the Second Circuit issued a

mandate remanding the case to this Court for vacatur and resentencing (Dkt. 62);

IT IS HEREBY ORDERED THAT:

1. Resentencing will take place on **September 24, 2020 at 3:30 p.m.**  Sentencing

   submissions are due by **September 10, 2020.**

2. Defense counsel is directed to submit a letter no later than **July 31, 2020** indicating

   whether Ms. Vargas requests to be resentenced in person or via videoconference.

**SO ORDERED.**

**Date:  July 27, 2020**
     **New York, NY**                                        **VALERIE CAPRONI**
                                                  **United States District Judge**