```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :     18-CR-187 (VEC)
            -against-               :
                                    :     ORDER
MARILYN VARGAS,                     :
                                    :
                    Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 11, 2019, the Court sentenced Ms. Vargas to 90 months' imprisonment (Dkt. 59);

WHEREAS on February 22, 2019, Ms. Vargas appealed her sentence to the Court of Appeals for the Second Circuit (Dkt. 58);

WHEREAS on July 24, 2020, the Court of Appeals for the Second Circuit issued a mandate remanding the case to this Court for vacatur and resentencing (Dkt. 62);

IT IS HEREBY ORDERED THAT:  Ms. Vargas' sentence is VACATED.  Ms. Vargas will be resentenced on **September 24, 2020 at 3:30 p.m.**

**SO ORDERED.**

Date:  September 17, 2020
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**